**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| November 19, 2018 | Honorable Cathleen D. Parker, Presiding |
| --- | --- |
| | Teleconference hearing |
| In re:<br><br>Lawrence Vernon Drake and Teresa Linda Drake<br><br>Debtors | Case No. 1716783 CDP<br><br>Chapter 7 |

Appearances:

| Debtor | Lawrence Vernon Drake and Teresa Linda Drake | Counsel | Karen Kealy-Oldham |
| --- | --- | --- | --- |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: Hearing on Debtor's Motion to Modify Schedule F (ECF No. 44) and Response filed by Donald Wheat

Orders:

    This matter came before the court on November 14, 2018. The court having reviewed the pleadings, finds as stated on the record, grants the Motion, advising the parties that the ruling does not alter Wheat's position in the adversary proceeding. The court is not entering a ruling on the issue of Wheat's claim.

    IT IS ORDERED the Debtor's Motion to Modify Schedule "F" is GRANTED.

BY THE COURT

*Cathleen D Parker*  11/19/2018
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Colorado