**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| November 19, 2018 | Honorable Cathleen D. Parker, Presiding |
|---|---|
| | Teleconference hearing |
| In re:<br><br>Lawrence Vernon Drake and Teresa Linda Drake<br><br><br>Debtors | Case No. 1716783 CDP<br><br>Chapter 7 |

Appearances:

| Debtor | Lawrence Vernon Drake and Teresa Linda Drake | Counsel | Karen Kealy-Oldham |
|---|---|---|---|
| Creditor | Donald Wheat | Counsel | Darrell M. Daley |

Proceedings: Hearing on Debtors' Objection to Proof of Claim Number 1 filed by Donald Wheat (ECF No. 47) and Response filed by Donald Wheat

Orders:

    This matter came before the court on November 14, 2018 and is continued until the resolution of the pending adversary proceeding.

BY THE COURT

_/s/ Cathleen D. Parker_

Honorable Cathleen D. Parker  11/19/2018
United States Bankruptcy Court
District of Colorado